# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| KEVIN FREDRICK, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 19-1181-JWB |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

## AMENDED SCHEDULING ORDER

Before the court is the parties' Joint Motion to Amend Scheduling Order (ECF No. 21).

For good cause shown, the court grants the motion and revises the scheduling order as follows:

| Event | Deadline/Setting |
|---|---|
| Physical and mental examination | February 28, 2020 |
| Defendant's expert witness disclosure | March 20, 2020 |
| Mediation completed | March 25, 2020 |
| All discovery completed | April 2, 2020 |
| Proposed pretrial order due | April 7, 2020 |
| Pretrial conference (no change) | April 14, 2020, 11:00 a.m. |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

Dated: February 4, 2020, at Kansas City, Kansas.

                                                               s/ James P. O'Hara  
                                                               James P. O'Hara  
                                                               U.S. Magistrate Judge